# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 17-1827V
**Filed: December 19, 2018**
UNPUBLISHED

| | |
|---|---|
| MARIA CRISTINA RUBIO, Personal Representative, on behalf of the estate of ALEX RUBIO, JR.,<br><br>                Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>                Respondent. | Special Processing Unit (SPU); Joint Stipulation on Damages; Influenza (Flu) Vaccine; Guillain-Barre Syndrome (GBS) |

*Darlene Mayre Carroll, Carroll Law Firm, PLLC, Oklahoma City, OK,* for petitioner.
*Darryl R. Wishard, U.S. Department of Justice, Washington, DC,* for respondent.

### DECISION ON JOINT STIPULATION[1]

**Dorsey**, Chief Special Master:

      On November 21, 2017, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act") on behalf of decedent Alex Rubio, Jr. ("the decedent"). Petitioner alleges the decedent developed Guillain-Barré syndrome ("GBS") caused by an influenza vaccination he received on September 30, 2016, which resulted in his death on November 16, 2016. Petition at 1; Stipulation, filed December 17, 2018, at ¶¶ 1-4. "Respondent denies that the vaccine caused the decedent's alleged GBS, any other injury, or his death." Stipulation at ¶ 6.

---

[1] The undersigned intends to post this decision on the United States Court of Federal Claims' website. **This means the decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access. Because this unpublished decision contains a reasoned explanation for the action in this case, undersigned is required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services).

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

Nevertheless, on December 17, 2018, the parties filed the attached joint stipulation, stating that a decision should be entered awarding compensation. The undersigned finds the stipulation reasonable and adopts it as the decision of the Court in awarding damages, on the terms set forth therein.

Pursuant to the terms stated in the attached Stipulation, **the undersigned awards** the following compensation:

> **A lump sum of $330,000.00 in the form of a check payable to petitioner**. Stipulation at ¶ 8. This amount represents compensation for all items of damages that would be available under § 15(a). *Id.*

The undersigned approves the requested amount for petitioner's compensation. In the absence of a motion for review filed pursuant to RCFC Appendix B, the clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

> s/Nora Beth Dorsey
> Nora Beth Dorsey
> Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# OFFICE OF SPECIAL MASTERS

_____  )
                                     )
MARIA CRISTINA RUBIO,                )
PERSONAL REPRESENTATIVE,             )
ON BEHALF OF                         )
THE ESTATE OF ALEX Y. RUBIO, JR.     )
                                     )
       Petitioner,                   )   No. 17-1827V    ECF
                                     )
       v.                            )   Chief Special Master Dorsey
                                     )
SECRETARY OF HEALTH                  )
AND HUMAN SERVICES,                  )
                                     )
       Respondent.                   )
_____  )

## STIPULATION

The parties hereby stipulate to the following matters:

1. Petitioner, Maria Cristina Rubio, as personal representative of the Estate of Alex Y. Rubio, Jr. ("decedent"), filed a petition for vaccine compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §§ 300aa-10 to 34 (the "Vaccine Program"). The petition seeks compensation for injuries allegedly related to the decedent's receipt of the influenza vaccine ("vaccine"), which is contained in the Vaccine Injury Table (the "Table"), 42 C.F.R. § 100.3(a).

2. On September 30, 2016, the decedent received the vaccine.

3. The vaccine was administered within the United States.

4. Petitioner alleges that the decedent developed Guillain-Barre syndrome ("GBS") from the vaccine, and that his death on November 16, 2016 was a result of his alleged injury.

5. Petitioner represents that there has been no prior award or settlement of a civil action

1

for damages as a result of decedent's alleged injuries and death.

6. Respondent denies that the vaccine caused the decedent's alleged GBS, any other injury, or his death.

7. Maintaining their above-stated positions, the parties nevertheless now agree that the issues between them shall be settled and that a decision should be entered awarding the compensation described in paragraph 8 of this Stipulation.

8. As soon as practicable after an entry of judgment reflecting a decision consistent with the terms of this Stipulation, and after petitioner has filed an election to receive compensation pursuant to 42 U.S.C. § 300aa-21(a)(1), the Secretary of Health and Human Services will issue the following vaccine compensation payment:

> A lump sum of $330,000.00, in the form of a check payable to petitioner, as the personal representative of the Estate of Alex Y. Rubio, Jr. This amount represents compensation for all damages that would be available under 42 U.S.C. § 300aa-15(a).

9. As soon as practicable after the entry of judgment on entitlement in this case, and after petitioner has filed both a proper and timely election to receive compensation pursuant to 42 U.S.C. Section 300aa-21(a)(1), and an application, the parties will submit to further proceedings before the special master to award reasonable attorneys' fees and costs incurred in proceeding upon this petition.

10. Payments made pursuant to paragraph 8 and any amounts awarded pursuant to paragraph 9 of this Stipulation will be made in accordance with 42 U.S.C. § 300aa-15(i), subject to the availability of sufficient statutory funds.

11. Petitioner represents that she presently is, or within 90 days of the date of judgment will become, duly authorized to serve as the legal representatives of decedent's estate

under the laws of the State of Oklahoma.

12. In return for the payments described in paragraphs 8 and 9, petitioner, individually and in her capacity as the personal representative of the Estate of Alex Y. Rubio, Jr., and on behalf of the Estate and his heirs, executors, and assigns, does forever irrevocably and unconditionally release, acquit and discharge the United States and the Secretary of Health and Human Services from any and all actions, causes of action (including agreements, judgments, claims, damages, loss of services, expenses and all demands of whatever kind or nature) that have been brought, could have been brought, or could be timely brought in the Court of Federal Claims, under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10 et seq., on account of, or in any way growing out of, any and all known or unknown, suspected or unsuspected personal injuries to or death of the decedent resulting from, or alleged to have resulted from, the influenza vaccine administered on September 30, 2016, as alleged by petitioner in a petition for vaccine compensation filed on or about November 21, 2017, in the United States Court of Federal Claims as petition No. 17-1827.

13. If the special master fails to issue a decision in complete conformity with the terms of this Stipulation or if the Court of Federal Claims fails to enter judgment in conformity with a decision that is in complete conformity with the terms of this Stipulation, then the parties' settlement and this Stipulation shall be voidable at the sole discretion of either party.

14. This Stipulation expresses a full and complete negotiated settlement of liability and damages claimed under the National Childhood Vaccine Injury Act of 1986, *as amended*, except as otherwise noted in paragraph 9 above.   There is absolutely no agreement on the part of the parties hereto to make any payment or to do any act or thing other than is herein expressly

stated and clearly agreed to.   The parties further agree and understand that the award described in this Stipulation may reflect a compromise of the parties' respective positions as to liability and/or amount of damages.

15.	This Stipulation shall not be construed as an admission by the United States or the Secretary of Health and Human Services that the decedent's death, or any other injury, was caused by his influenza vaccination.

16.	All rights and obligations of petitioner hereunder shall apply equally to petitioner's heirs, executors, administrators, successors, and/or assigns as legal representatives of the Estate of Alex Y. Rubio, Jr.

**END OF STIPULATION**

Respectfully submitted,

**PETITIONER:**

*[signature: Maria Cristina Rubio]*
MARIA CRISTINA RUBIO

**ATTORNEY OF RECORD FOR PETITIONER:**

*[signature]*
DARLENE M. CARROLL
Carroll Law Firm, PLLC
10404 Vineyard Blvd., Suite E
Oklahoma City, OK 73210
Tel: (405) 596-0451

**AUTHORIZED REPRESENTATIVE OF THE ATTORNEY GENERAL:**

*[signature]*
CATHARINE E. REEVES
Deputy Director
Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, DC 20044-0146

**AUTHORIZED REPRESENTATIVE OF THE SECRETARY OF HEALTH AND HUMAN SERVICES:**

*Ward Sorensen for*
NARAYAN NAIR, M.D
Director, Division of Injury
  Compensation Programs
Healthcare Systems Bureau
U.S. Department of Health
  and Human Services
5600 Fishers Lane
Parklawn Building, Mail Stop 08N146B
Rockville, MD 20857

Dated: 12/17/18

**ATTORNEY OF RECORD FOR RESPONDENT:**

*[signature]*
DARRYL R. WISHARD
Senior Trial Attorney
Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, DC 20044-0146
Tel: (202) 616-4357